UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KRISTA LANE KIMELTON,   CASE NO.: 8:23-cv-784-WF-JSS

      Plaintiff(s),

v.

TRIBE EXPRESS, INC. and
WAYNE LAMONTE JOHNSON,

      Defendant(s).
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

The Plaintiff, KRISTA LANE KIMELTON, by and through her undersigned attorneys, gives notice to the Court that she has agreed to a full and final resolution of the claims made against Defendants, TRIBE EXPRESS, INC. and WAYNE LAMONTE JOHNSON. This matter may be removed from the Court's trial docket commencing August 5, 2024.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed and served using the CM/ECF system this 19 day of March, 2024 that will send a notice of filing and a copy to Counsel of Record.

        /s/ Christopher J. Bilecki
Andrew F. Knopf, Esquire
FBN: 658871
Christopher J. Bilecki, Esquire
FBN: 58229
**PAUL | KNOPF | BIGGER**
840 South Denning Dr Suite 200
Winter Park, FL 32789
Phone: 407-622-2111
Fax: 407-622-2112
Primary Email: PKBMailroom@projects.filevine.com
Primary Email: TeamAFK@pkblawfirm.com
Primary Email: TeamCJB@pkblawfirm.com
Secondary Email: meckenzie@pkblawfirm.com

## SERVICE LIST

SAMI R. ACHEM, Esquire
FBN: 93892
COLE, SCOTT & KISSANE, P.A.
4686 Sunbeam Rd.
Jacksonville, FL 32257
Phone: 904-672-4046
Fax: 904-672-4050
sami.achem@csklegal.com
john.darnell@csklegal.com
Kathryn.mcmorrow@csklegal.com
Elinor.bozzone@csklegal.com
Alibek.Rakhmetov@csklegal.com
Counsel for Defendants